IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEC, <br><br> Plaintiff(s), <br><br> v. <br><br> JEFFREY A. LOWRANCE, <br><br> Defendant(s). | CASE NO. 5:11-cv-03451-EJD <br><br> **ORDER SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT; SETTING HEARING ON MOTION** <br><br> [Re: Docket Item No(s). 10, 21] |

The Court finds that default has been entered as to both defendants (See Docket Item Nos. 10 21). The Court sets the following scheduling deadlines:

(1) On or before **November 4, 2011**, Plaintiff shall file its Motion for Default Judgment as to both defendants.

(2) The Court sets a hearing on the anticipated Motion for Default Judgment on **December 9, 2011 at 9:00 AM**.

**IT IS SO ORDERED.**

Dated: October 14, 2011

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:CV 11-03451-EJD
ORDER SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT; SETTING HEARING ON MOTION